

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

WESTERN DIVISION
312 North Spring Street, Room G-8 ✓
Los Angeles, CA 90012
Tel: (213) 894-3535

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

November 6, 2007

Clerk, United District Court
Southern District of California
940 Front Street
San Diego, CA 92101

FILED
NOV 15 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

2254 ✓  1983 ____
FILING FEE PAID
Yes ____  No ✓
IFP MOTION FILED
Yes ✓  No ____
COPIES SENT TO
Court ✓  ProSe ____

Re: Transfer of our Civil Case No. CV 07-6865-GAF (JTL)

Case Title: Jesse Rivas v. A. Hedgpath

Dear Sir/Madam:

    An order having been made transferring the above-numbered case to your district, we are transmitting herewith our entire original file in the action, together with certified copies of the order and the docket. Please acknowledge receipt of same and indicate below the case number you have assigned to this matter on the enclosed copy of this letter and return it to our office. Thank you for your cooperation.

Very truly yours,

Clerk, U.S. District Court

By _____  VERONICA McKAMIE
    Deputy Clerk

cc: All counsel of record

===========================================================================================

**TO BE COMPLETED BY RECEIVING DISTRICT**

Receipt is acknowledged of the documents described herein and we have assigned this matter case number CV: _____.

'07CV 2196 JM   BLM

Clerk, U.S. District Court

By _____
    Deputy Clerk

CV-22 (01/01)  TRANSMITTAL LETTER - CIVIL CASE TRANSFER OUT

I hereby attest and certify on 11-6-07 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
[signature]
DEPUTY CLERK





FILED
CLERK, U.S. DISTRICT COURT

NOV 6 2007

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE RIVAS, | Case No. CV 07-6865-GAF (JTL) |
|     Petitioner, | ORDER TRANSFERRING ACTION TO UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA |
| v. | |
| A. HEDGPETH, Warden, | |
|     Respondent. | |

On October 23, 2007, Jesse Rivas ("Petitioner") filed a Petition for Writ of Habeas Corpus ("Petition"), in which he challenges his San Diego County state court conviction for carjacking, kidnapping, burglary and robbery. (See Petition at 2).

Where a petition for writ of habeas corpus is filed by a person in custody under the judgment and sentence of a state court located in a state such as California that contains two or more federal judicial districts, it may be filed in either the judicial district in which the petitioner is presently confined or the judicial district in which he was convicted and sentenced. See 28 U.S.C. § 2241(d). When a habeas petitioner is challenging his underlying conviction or sentence, the district court for the district in which the petitioner was convicted and sentenced is a more convenient forum because of the accessibility of evidence, records and witnesses. Thus, it generally is the practice of the district courts in California to transfer habeas actions questioning state convictions/sentences to the

district in which the petitioner was convicted and sentenced. See Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968).

Here, Petitioner challenges a conviction from San Diego County, which is located in the Southern District of California. (See Petition at 2). See 28 U.S.C. § 84(d). Thus, the Petition should have been filed in the United States District Court for the Southern District of California.[1] Therefore, in furtherance of the interest of justice,

**IT IS ORDERED** that the Clerk of this Court transfer this matter to the United States District Court for the Southern District of California. See 28 U.S.C. §§ 1406(a), 2241(d).

**IT IS FURTHER ORDERED** that the Clerk of this Court serve a copy of this Order upon Petitioner and upon the California Attorney General.

DATED: November 2, 2007

GARY A. FEESE
UNITED STATES DISTRICT JUDGE

---

[1] Petitioner is currently incarcerated at Kern Valley State Prison, in Kern County, which is located in the Eastern District of California. (See Application to Proceed in Forma Pauperis by a Prisoner, filed concurrently with Petition). See 28 U.S.C. § 84(b). Thus, jurisdiction to entertain the Petition exists in both the Southern District and Eastern District. However, because Petitioner challenges his conviction in San Diego County state court, any and all records, witnesses and evidence necessary for the resolution of Petitioner's contentions are more readily available in San Diego County. See Laue, 279 F. Supp. at 266.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
CIVIL DOCKET FOR CASE #: 2:07-cv-06865-GAF-JTL

Jesse Rivas v. A Hedgpeth
Assigned to: Judge Gary A. Feess
Referred to: Magistrate Judge Jennifer T. Lum
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 10/23/2007
Date Terminated: 11/06/2007
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**Jesse Rivas**

I hereby attest and certify on 11-6-07 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY CLERK

1120

represented by Jesse Rivas
CDC J-90853
Kern Valley State Prison
P O Box 5103
Delano, CA 93216
PRO SE

V.

**Respondent**

**A Hedgpeth**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/23/2007 | 1 | PETITION for Writ of Habeas Corpus by a Person In State Custody (28:2254). Case assigned to Judge Gary A. Feess and referred to Magistrate Judge Jennifer T. Lum. (Filing fee $ 5. DUE.), filed by Petitioner Jesse Rivas. (et) (Entered: 10/29/2007) |
| 10/23/2007 | 2 | NOTICE OF REFERENCE TO A U.S. MAGISTRATE JUDGE. Pursuant to the provisions of the Local Rules, the within action has been assigned to the calendar of Judge Gary A. Feess and referred to Magistrate Judge Jennifer T. Lum to consider preliminary matters and conduct all further matters as appropriate. The Court must be notified within 15 days of any change of address. (et) (Entered: 10/29/2007) |
| 10/23/2007 | 3 | EX-PARTE MOTION for Appointment of Counsel filed by Petitioner Jesse Rivas. (et) (Entered: 10/29/2007) |
| 10/30/2007 | 4 | ORDER REQUIRING ANSWER/RETURN TO PETITION. ORDER by Magistrate Judge Jennifer T. Lum that Respondent A Hedgpeth file answer to the petition not later than 12/14/2007. Traverse due by 1/14/2008 (vm) (Entered: 11/02/2007) |
| 11/01/2007 | 5 | MINUTES OF IN CHAMBERS ORDER VACATING ORDER REQUIRING RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS held before Judge Jennifer T. Lum : The Court hereby vacates its Order Requiring Response to Petition for Writ of Habeas Corpus filed October 30, 2007.re: Order Requiring Return/Answer to Petition (45 days)4. (vm) (Entered: 11/02/2007) |
| 11/06/2007 | 6 | ORDER by Judge Gary A. Feess transferring case to United States District Court for the Southern District of California. Original file, certified copy of the transfer order and docket sheet sent. (MD JS-6. Case Terminated.) (vm) (Entered: 11/06/2007) |
| 11/06/2007 |  | TRANSMITTAL of documents: original file, certified copy of order and docket sheet to Southern District of California. (vm) (Entered: 11/06/2007) |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 11/06/2007 12:44:49 | | |
| PACER Login: | us3877 | Client Code: |
| Description: | Docket Report | Search Criteria: | 2:07-cv-06865-GAF-JTL |
| Billable Pages: | 1 | Cost: | 0.08 |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No.  CV 07-6865-GAF (JTL) | Date  November 1, 2007 |
| Title  JESSE RIVAS v. A. HEDGPETH | |

Present: The Honorable  Jennifer T. Lum, United States Magistrate Judge

| Debra Plato | | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

Proceedings:  **(In Chambers) ORDER VACATING ORDER REQUIRING RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS**

The Court hereby vacates its Order Requiring Response to Petition for Writ of Habeas Corpus filed October 30, 2007.

cc: Parties

Initials of Deputy Clerk 

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 10/30/07

DEPUTY CLERK



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE RIVAS,<br><br>             Petitioner,<br><br>      v.<br><br>A. HEDGPETH, Warden,<br><br>             Respondent. | Case No. CV 07-6865-GAF (JTL)<br><br>ORDER REQUIRING RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS |

On October 23, 2007, Jesse Rivas ("Petitioner") filed a Petition for Writ of Habeas Corpus ("Petition"). In order to facilitate the just, speedy, and inexpensive determination of this action, **IT IS ORDERED** that:

     1.    The Clerk of this Court shall promptly (a) serve a copy of the Petition and a copy of this Order on Respondent and the Attorney General for the State of California, or his authorized agent; and (b) serve a copy of this Order on Petitioner.

     2.    Within 14 days, Respondent shall file and serve a Notice of Appearance, notifying the Court of the name of the attorney who will have principal charge of the case, together with the address where the attorney may be served, and the attorney's telephone and fax number. This information is important to assure accurate service of court documents.

///

3. If Respondent contends that the Petition can be decided without the Court reaching the merits of Petitioner's claims (e.g., because the Petition is barred by the applicable statute of limitations or is subject to dismissal under Rule 9 of the Rules Governing Section 2254 Cases in the United States District Courts), Respondent shall file a Motion to Dismiss ("Motion") within thirty (30) days of the date of this Order.[1] The Motion to Dismiss shall <u>not</u> address the merits of Petitioner's claims. At the time the Motion to Dismiss is filed, Respondent shall lodge with the Court all records bearing on Respondent's contentions in the Motion to Dismiss.[2]

4. If Respondent files a Motion to Dismiss, Petitioner shall file his Opposition, if any, to the Motion within twenty (20) days of the date of service thereof. At the time the Opposition is filed, Petitioner shall lodge with the Court any records not lodged by Respondent that Petitioner believes may be relevant to the Court's determination of the Motion. Respondent shall file a Reply, if any, within ten (10) days of the service of the Opposition. If the Motion is denied, the Court will afford Respondent adequate time to answer Petitioner's claims on the merits.

5. If Respondent does not contend that the Petition can be decided without the Court reaching the merits of Petitioner's claims, then Respondent shall file and serve an Answer to Petition within forty-five (45) days of the date of this Order.[3] At

---

[1] If Respondent contends that some or all of Petitioner's claims are procedurally defaulted, such contentions should not be made in a Motion to Dismiss, but rather should be made in Respondent's Answer to the Petition, which shall also address the claims on their merits.

[2] If Respondent files a Motion to Dismiss on the ground that Petitioner has failed to exhaust state court remedies as to any ground for relief alleged in the Petition, Respondent shall specify the state court remedies still available to Petitioner and calculate the time remaining on the applicable statute of limitations period (even if Respondent does not argue the Petition is untimely).

[3] As stated above, if Respondent contends that some or all of Petitioner's claims are procedurally defaulted, Respondent may raise such arguments in the Answer to the Petition. Respondent shall also, however, address these claims on their merits.

If Respondent contends for the first time in the Answer that Petitioner has failed to exhaust state court remedies as to any ground for relief alleged in the Petition, Respondent shall specify the state court

the time the Answer is filed, Respondent shall lodge with the Court all records bearing on the merits of Petitioner's claims, including the briefs specified in Rule 5(d) of the Rules Governing Section 2254 Cases in the United States District Courts. The Answer shall also specifically address the necessity for an evidentiary hearing to resolve any issue.

6.  Petitioner may file a single Reply responding to matters raised in the Answer within thirty (30) days of the date of service thereof. Any Reply filed by Petitioner (a) shall state whether Petitioner admits or denies each allegation of fact contained in the Answer; (b) shall be limited to facts or arguments responsive to matters raised in the Answer; and (c) shall not raise new grounds for relief that were not asserted in the Petition. Grounds for relief withheld until the Reply will not be considered, unless the Court grants leave to amend the Petition. No Reply shall exceed twenty-five (25) pages in length absent advance leave of Court for good cause shown.

7.  A request by a party for an extension of time within which to file any of the pleadings required hereunder will be granted only upon a showing of good cause, and should be made in advance of the due date of the pleading. Any such request shall be accompanied by a declaration explaining why an extension of time is necessary and by a proposed form of order granting the requested extension.

8.  Unless otherwise ordered by the Court, this case shall be deemed submitted on the day following the date Petitioner's Reply to the Motion to Dismiss and/or Reply to the Answer is due.

9.  Every document delivered to the Court must include a certificate of service attesting that a copy of such document was served on opposing counsel (or on the opposing party, if such party is not represented by counsel). Any document delivered to

///

---

remedies still available to Petitioner and calculate the time remaining on the applicable statute of limitations period (even if Respondent does not argue the Petition is untimely).

the Court without a certificate of service may be returned to the submitting party and without consideration by the Court.

10. Petitioner shall immediately notify the Court and counsel for Respondents of any change of Petitioner's address. If Petitioner fails to keep the Court informed of where Petitioner may be contacted, this action will be subject to dismissal for failure to prosecute. See also Local Rule 41-6.

IT IS SO ORDERED.

DATED: October 29, 2007

JENNIFER T. LUM
UNITED STATES MAGISTRATE JUDGE

4

FILED
CLERK, U.S. DISTRICT COURT

OCT 23 2007

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| **JESSE RIVAS** <br> PLAINTIFF(S) <br> V. <br> **A. HEDGPETH** <br> DEFENDANT(S) | CV07- 6865 GAF (JTL) <br><br> **NOTICE OF REFERENCE TO A UNITED STATES MAGISTRATE JUDGE** <br> (Petition for Writ of Habeas Corpus) |

Pursuant to General Order 07-02, the within action has been assigned to the calendar of the Honorable Gary A. Feess, U.S. District Judge. Pursuant to General Order 05-07, the within action is referred to U.S. Magistrate Judge Jennifer T. Lum, who is authorized to consider preliminary matters and conduct all further hearings as may be appropriate or necessary. Thereafter, unless the Magistrate Judge determines that an evidentiary hearing is required, the Magistrate Judge shall prepare a report and recommendation and file it with the Clerk of the Court which may include proposed findings of fact and conclusions of law where necessary or appropriate, and may include a proposed written order or judgment, which shall be mailed to the parties for objections.

Pleadings and all other matters to be called to the Magistrate Judge's attention shall be formally submitted through the Clerk of the Court.

The Court must be notified within fifteen (15) days of any address change. If mail directed by the clerk to your address of record is returned undelivered by the Post Office, and if the Court and opposing counsel are not notified in writing within fifteen (15) days thereafter of your current address, the Court may dismiss the petition with or without prejudice for want of prosecution.

Clerk, U.S. District Court

October 23, 2007           By       LRAYFORD
_____                    _____
Date                               Deputy Clerk

DOCKETED ON CM

OCT 29 2007

BY ___ 067

CV-84 (06/07)   **NOTICE OF REFERENCE TO A UNITED STATES MAGISTRATE JUDGE**   (Petition for Writ of Habeas Corpus)



SHERRI R. CARTER
District Court Executive
and Clerk of Court

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
312 North Spring Street, Room G-8 Los Angeles, CA 90012
Tel: (213) 894-7984

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4570

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

Tuesday, October 23, 2007

JESSE RIVAS
J-90853
P.O. BOX 5103
DELANO, CALIFORNIA 93216


Dear Sir/Madam:

A [X] Petition for Writ of Habeas Corpus was filed today on your behalf and assigned civil case number CV07- 6865 GAF (JTL)

A [ ] Motion pursuant to Title 28, United States Code, Section 2255, was filed today in criminal case number _____ and also assigned the civil case number _____

Please refer to these case numbers in all future communications.

Please Address all correspondence to the attention of the Courtroom Deputy for:
   [ ] District Court Judge _____
   [X] Magistrate Judge   Jennifer T. Lum
at the following address:

[X] U.S. District Court
    312 N. Spring Street
    Civil Section, Room G-8
    Los Angeles, CA 90012

[ ] Ronald Reagan Federal
    Building and U.S. Courthouse
    411 West Fourth St., Suite 1053
    Santa Ana, CA 92701-4516
    (714) 338-4750

[ ] U.S. District Court
    3470 Twelfth Street
    Room 134
    Riverside, CA 92501

The Court must be notified within fifteen (15) days of any address change. If mail directed to your address of record is returned undelivered by the Post Office, and if the Court and opposing counsel are not notified in writing within fifteen (15) days thereafter of your current address, the Court may dismiss the case with or without prejudice for want of prosecution.

Very truly yours,

Clerk, U.S. District Court

By: _____LRAYFORD_____
    Deputy Clerk

CV-17 (01/01)   LETTER re FILING H/C PETITION or 28/2255 MOTION



**SHERRI R. CARTER**
District Court Executive
and Clerk of Court

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
312 North Spring Street, Room G-8  Los Angeles, CA 90012
Tel: (213) 894-3535

Tuesday, October 23, 2007

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4570

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450


JESSE RIVAS
J-90853
P.O. BOX 5103
DELANO, CALIFORNIA 93216


Dear Sir/Madam:

Your petition has been filed and assigned civil case number     CV07- 6865 GAF (JTL)

Upon the submission of your petition, it was noted that the following discrepencies exist:

[X] 1. You did not pay the appropriate filing fee of $5.00.  Submit a cashier's check, certified bank check, business or corporate check, government issued check, or money order drawn on a major American bank or the United States Postal Service payable to 'Clerk U.S. District Court'.  If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's Declaration In Support of Request to Proceed In Forma Pauperis in its entirety.  The Clerk's Office will also accept credit cards (Mastercard, Visa, Discover, American Express) for filing fees and miscellaneous fees.  Credit card payments may be made at all payment windows where receipts are issued.

[X] 2. The Declaration in Support of Request to Proceed in Forma Pauperis is insufficient because:

[X] (a) You did not sign your Declaration in Support of Request to Proceed in Forma Pauperis.

[X] (b) Your Declaration in Support of Request to Proceed in Forma Pauperis was not completed in its entirety.

[ ] (c) You did not submit a Certificate of Prisoner's Funds completed and signed by an authorized officer at the prison.

[ ] (d) You did not use the correct form.  You must submit this court's current Declaration in Support of Request to Proceed in Forma Pauperis.

[ ] (e) Other: _____

Enclosed you will find this court's current Prisoner's Declaration in Support of Request to Proceed in Forma Pauperis, which includes a Certificate of Funds in Prisoner's Account Form.

Sincerely,

Clerk, U.S. District Court
         LRAYFORD
By: _____
         Deputy Clerk


CV-111 (07/06)            NOTICE re: DISCREPENCIES FOR FILING OF HABEAS CORPUS PETITION

FILED
CLERK U.S. DISTRICT COURT
OCT 23 2007
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

DOCKETED ON CM
OCT 29 2007
BY

AO 241 (Rev. 5/85)

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

# United States District Court

District (530)

| Name | Prisoner No. | Case No. |
|---|---|---|
| Jesse Rivas | J-90853 | CV-07-6865 SGL (JTL) D028430 |

Place of Confinement

Name of Petitioner (include name under which convicted)    Name of Respondent (authorized person having custody of petitioner)

Jesse Rivas            v.

The Attorney General of the State of:

## PETITION

1. Name and location of court which entered the judgment of conviction under attack  San Diego County

2. Date of judgment of conviction _____

3. Length of sentence  Life w/ possibility of parole + 13 years 4 months

4. Nature of offense involved (all counts)  Carjacking, Kiddnapping, Burglury, Robbery. (4 counts)

5. What was your plea? (Check one)
   (a) Not guilty  ☒
   (b) Guilty  ☐
   (c) Nolo contendere  ☐
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury  ☒
   (b) Judge only  ☐

7. Did you testify at the trial?
   Yes ☒  No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☒  No ☐

(2)

AO 241 (Rev. 5/85)

9. If you did appeal, answer the following:

(a) Name of court _____

(b) Result  Denied

(c) Date of result and citation, if known _____

(d) Grounds raised _____

(e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

(1) Name of court _____

(2) Result _____

(3) Date of result and citation, if known _____

(4) Grounds raised _____

(f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

(1) Name of court _____

(2) Result _____

(3) Date of result and citation, if known _____

(4) Grounds raised _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
Yes ☐   No ☒

11. If your answer to 10 was "yes," give the following information:

(a) (1) Name of court _____

(2) Nature of proceeding _____

(3) Grounds raised _____

(3)

      (4) Did you receive an evidentiary hearing on your petition, application or motion?
          Yes ☐ No ☒

      (5) Result _____

      (6) Date of result _____

  (b) As to any second petition, application or motion give the same information:

      (1) Name of court _____

      (2) Nature of proceeding _____

      (3) Grounds raised _____

_____

      (4) Did you receive an evidentiary hearing on your petition, application or motion?
          Yes ☐ No ☒

      (5) Result _____

      (6) Date of result _____

  (c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?

      (1) First petition, etc.     Yes ☐ No ☒
      (2) Second petition,      Yes ☐ No ☒

  (d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.

    CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

(4)

AO 241 (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(I) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: _conviction obtained by use of coerced confession._

Supporting FACTS (state *briefly* without citing cases or law): I WAS INTERVIEWED AND TAPED WHEN I TOLD THE DECTIVES I DIDN'T KNOW ANYTHING ABOUT THESE CRIMES. ONLY AFTER THEM PRESSING ME AND GIVING ME INFORMATION ABOUT WHAT HAPPENED THEN I SAID I DID IT. AFTER THEY TOLD ME I WOULD ONLY GET 8 TO 10 YEARS.

B. Ground two: _conviction obtained by a violation of the privilege against self-incrimination._

Supporting FACTS (state *briefly* without citing cases or law): I TOLD THE DETECTIVES I DID IT, WHEN I DIDN'T, JUST TO GET THE INTERVIEW OVER WITH. AT TRIAL WHEN I TESTIFIED I TOLD THE WHOLE STORY.

(5)

AO 241 (Rev. 5/85)

C. Ground three: _conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant._

Supporting FACTS (state *briefly* without citing cases or law): THERE WAS A MALE AND FEMALE PULLED OVER IN THE CAR THAT WAS CARJACKED. THE FEMALE CAN TESTIFY I WAS NOT THE PERSON IN THE CAR WITH HER.

D. Ground four: _conviction obtained by action of a grand or petit jury which was unconstitutional selecte & impaneled_

Supporting FACTS (state *briefly* without citing cases or law): I TESTIFIED I DID NOT CAR JACK THE CAR. I TOLD WHO I GOT THE CAR FROM. NOBODY PICKED ME OUT OF A PHOTO LINE UP. I ADMITTED TO THE BURGLARY THATS WHY THEY HAD ONE FINGERPRINT ON A PIECE OF PROPERTY IN THE CAR.

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: _____

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
Yes ☐  No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
(a) At preliminary hearing _____

(b) At arraignment and plea _____

(6)

    (c) At trial _____

    (d) At sentencing _____

    (e) On appeal _____

    (f) In any post-conviction proceeding _____

    (g) On appeal from any adverse ruling in a post-conviction proceeding _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
Yes ☐ No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐ No ☒
    (a) If so, give name and location of court which imposed sentence to be served in the future: _____

    (b) Give date and length of the above sentence: _____

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐ No ☒

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed

_____
(date)

*Jesse Rivas*
Signature of Petitioner

(7)

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

Jesse Rivas

**DEFENDANTS**

A. Hedgpeth, Warden

FILED
NOV 15 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

2254    1983
FILING FEE PAID
Yes    No ✓

IFP MOTION FILED
Yes    No ✓

COPIES SENT TO
Court Pro Se

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Kern
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Jesse Rivas
PO Box 5103
Delano, CA 93216
J-90853

ATTORNEYS (IF KNOWN)

'07 CV 2196 JM   BLM

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

28 U.S.C. 2254

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 310 Airplane | ☐ 362 Personal Injury-Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 640 RR & Truck | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 861 HIA (13958) | ☐ 850 Securities/Commodities Exchange |
| | | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 862 Black Lung (923) | |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| | | | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 791 Empl. Ret. Inc. | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectmant | ☐ 443 Housing/Accommodations | ☒ 530 General | ☐ Security Act | | |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding   ☐ 2 Removal from State Court   ☐ 3 Remanded from Appelate Court   ☐ 4 Reinstated or Reopened   ☒ 5 Transferred from another district (specify) CENTRAL CA   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**   ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23   DEMAND $   Check YES only if demanded in complaint: JURY DEMAND: ☐ YES ☐NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions):   JUDGE   Docket Number

DATE   11/15/2007   SIGNATURE OF ATTORNEY OF RECORD

[signature]