# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| Petitioner | APPLICATION TO PROCEED IN FORMA PAUPERIS BY A PRISONER | **FILED** NOV 15 2007 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY _____ DEPUTY |
| vs. |  |  |
| Respondent(s) | CASE NUMBER: '07CV 2196 JM BLM |  |

I, Jesse Pinos, declare that I am the petitioner in the above entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the petition.

2254 ✓  1983 ___
FILING FEE PAID  Yes ___ No ✓
IFP MOTION FILED  Yes ✓  No ___
COPIES SENT TO  Court ✓  ProSe ___

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated:  ☒ Yes   ☐ No (If "No" DO NOT USE THIS FORM)

   If "Yes" state the place of your incarceration. KERN VALLEY STATE PRISON

   **Have the institution fill out the Certificate portion of this application.**

2. Are you currently employed?  ☒ Yes   ☐ No

   a. If the answer is "Yes" state the amount of your pay. .32¢ AN HOUR

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period, and the name and address of your last employer.

3. In the past twelve months have you received any money from any of the following sources?

   | | Yes | No |
   |---|---|---|
   | a. Business, profession or other self-employment | ☐ | ☒ |
   | b. Rent payments, interest or dividends | ☐ | ☒ |
   | c. Pensions, annuities or life insurance payments | ☐ | ☒ |
   | d. Disability or workers compensation payments | ☐ | ☒ |
   | e. Gifts or inheritances | ☐ | ☒ |
   | f. Any other sources | ☐ | ☒ |

If the answer to any of the above is "Yes" describe by that item each source of money and state the amount received **and** what you expect you will continue to receive. Please attach an additional sheet if necessary.

ifpform.hab (rev. 7/02)